```
 1  Al Lustgarten, Bar # 189503
    Lustgarten Law
 2  30851 Agoura Rd # 114
    Agoura Hills, Ca 91301
    Phone; 818-907-5866   Fax 818-461-5959
 3  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC, <br><br>   Plaintiff,   vs. <br><br> ANGEL HERNANDEZ GOMEZ, et al, <br><br>   Defendant, | Case No.: 2:12-CV-09642-WDK-FMO <br><br> **RENEWAL OF JUDGMENT BY CLERK** |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Angel Hernandez Gomez, an individual, dba Paps Chicken Pollos Asados Restaurant aka Pops Chicken entered on January 7, 2014, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---:|
| a. | Total judgment | $ | 5,040.00 |
| b. | Costs after judgment | $ | 0.00 |
| c. | Subtotal *(add a and b)* | **$** | **5,040.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | **$** | **5,040.00** |
| f. | Interest after judgment (.13%) | $ | 35.57 |
| g. | Fee for filing renewal of application | $ | 0.00 |
| **h.** | Total renewed judgment (add e, f and g) | $ | **5,075.57** |

Dated: October 9, 2023        CLERK, by Deputy  /s/ Sharon Hall Brown  _____

Renewal of Judgment